IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
    Plaintiff,
v.

WHITEPAGES, INC.,

    Defendant.

Civil Action No. 1:24-cv-80

---

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
    Plaintiff,
v.

LEXISNEXIS RISK
SOLUTIONS, INC.,

    Defendant.

Civil Action No. 1:24-cv-81

---

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
    Plaintiff,
v.

THOMSON REUTERS
AMERICA CORP.,

    Defendant.

Civil Action No. 1:24-cv-88

---

1

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
      Plaintiff,
v.                                         Civil Action No. 1:24-cv-96

THRYV, Inc.

      Defendant.

---

MICHAEL JACKSON,
  on behalf of himself and
  all others similarly situated,
      Plaintiff,
v.                                         Civil Action No. 1:24-cv-102

PEOPLECONNECT, INC., et al.

      Defendants.

---

## ORDER

This matter is before the court on a consolidated motion to dismiss for failure to state a claim filed by each of the defendants in the above-captioned cases. Plaintiff Michael Jackson filed class action complaints against these defendants alleging violations of Section E of a West Virginia statute known as Daniel's Law. For the reasons stated in the accompanying memorandum opinion, the court finds that Section E of West Virginia's Daniel's Law is a content-based restriction of speech subject to strict scrutiny. Although Section E of West Virginia's Daniel's Law serves a compelling state interest, Section E is not narrowly tailored because it lacks a notice or knowledge requirement. Thus, Section E of West Virginia's

Daniel's Law is unconstitutional on its face, and the motion to dismiss must be **GRANTED**.

Each of the above-captioned cases shall be closed and stricken from the active docket of the court.

It is so **ORDERED**.

Entered: 08-18-2025

Michael F. Urbanski
Senior United States District Judge